IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>     Plaintiff,              )<br>                               )   4:05CR3024<br>     v.                       )<br>                               )<br>MICHAEL A. VALENCIA,           )      ORDER<br>                               )<br>     Defendant.                | |

     IT IS ORDERED:

     1.  An evidentiary hearing on defendant Valencia's motion to suppress evidence, filing 14, will be held before the undersigned on June 27, 2005 at 9:00 a.m. until 12:00 p.m. and from 1:30 p.m. to 3:00 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The hearing is scheduled for a duration of four and one-half hours.  In the event counsel believe additional time is or may be necessary, they should contact my courtroom deputy as soon as practicable.

     2.  Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

     3.  The trial of this case, as pertains to ALL defendants, is continued until further order of the court following resolution of outstanding motions.

     Dated June 7, 2005

                                   BY THE COURT

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge