```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3024 |
| v. ) | |
| ) | |
| MICHAEL A. VALENCIA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Plaintiff's motion for extension of time, filing 17, is granted and the deadline for plaintiff to file its brief in opposition to defendant's motion to suppress is extended to June 20, 2005.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge