IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3024 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MICHAEL A. VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 25), recommending denial of Defendant's motion to suppress (filing 14). Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1), Defendant has filed a statement of objections to the report and recommendation (filing 33), objecting to Judge Piester's determination that exigent circumstances existed when officers entered Defendant's apartment without a warrant.

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law,[1] Defendant's objections should be denied, the report and recommendation should be adopted, and Defendant's motion to suppress should be denied in all respects.

IT IS ORDERED that:

1) the Magistrate Judge's report and recommendation (filing 25) is adopted;

---

[1] Judge Piester's findings and conclusions were announced at the end of the evidentiary hearing that he conducted on June 27, 2005. See Transcript (filing 32) at 155-160.

2) Defendant's objections to the report and recommendation (filing 33) are denied; and

3) Defendant's motion to suppress (filing 14) is denied in all respects.

DATED: September 6, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge