IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 SEP -7 AM 9: 23

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:05CR3024 |
| MICHAEL VALENCIA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing _____, from September 8, 2005, until September 27, 2005. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's change of plea hearing shall be continued in the above captioned matter to Tuesday, September 27, 2005, at 1:30 p.m. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from September 8, 2005, until September 27, 2005, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 7th day of September, 2005.

BY THE COURT:

*[signature]*
The Honorable David L. Piester
United States Magistrate Judge