IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR3024 |
| | ) | |
| MICHAEL VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Continue Plea Hearing, filing 43, from September 27, 2005, until October 6, 2005. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's change of plea hearing shall be continued in the above captioned matter to Thursday, October 6, 2005, at 1:30 p.m. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from September 27, 2005, until October 6, 2005, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 27th day of September, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge